IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN MOZDZIERZ : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 06-2652 |
| AETNA LIFE INSURANCE COMPANY : | |

**O R D E R**

**AND NOW**, this  17th  day of December, 2014, upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 47), and Defendant's Motion for Summary Judgment (ECF No. 45), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion is **GRANTED** and Plaintiff's Motion is **DENIED**. **JUDGMENT** is entered in favor of Defendant, Aetna Life Insurance Company, and against Plaintiff, Steven Mozdzierz.

IT IS SO ORDERED.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**